**Juan Carlos CARRERA–NAJERA, Petitioner,**

v.

**Alberto GONZALES,* Attorney General, Respondent.**

No. 02–74422.

United States Court of Appeals, Ninth Circuit.

---

* Alberto Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R.App. P. 43(c)(2).

Submitted Feb. 7, 2005.**

Decided Feb. 11, 2005.

Marshall G. Whitehead, Esq., The Abacus Tower, Phoenix, AZ, for Petitioner.

Ronald E. LeFevre, Chief Counsel, District Counsel, Office of the District Counsel Department of Homeland Security San Francisco, CA, Linda S. Wernery, Esq., William C. Peachey, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: FERNANDEZ, GRABER and GOULD, Circuit Judges.

MEMORANDUM ***

Juan Carlos Carrera–Najera, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen his removal proceedings. We dismiss the petition for review.

We lack jurisdiction to review the BIA's decision not to exercise its discretion to reopen Carrera–Najera's proceedings *sua sponte. See Abassi v. INS,* 305 F.3d 1028, 1032 (9th Cir.2002).

Carrera–Najera has failed to raise a colorable equal protection claim. As a result, we also lack jurisdiction over this aspect of the petition for review. *See Torres–Aguilar v. INS,* 246 F.3d 1267, 1271 (9th Cir. 2001).

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

PETITION FOR REVIEW DISMISSED.